IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>BRUCE K T LEUNG, et al.<br><br>    Defendants. | No. C-04-03177 EDL<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court has received the United States' Case Management Conference Statement seeking a ninety-day period within which to review documents recently submitted by Defendant Leung. The United States has shown good cause to vacate all remaining pretrial and trial dates and set a further case management conference on December 6, 2005 at 3:00 p.m. A joint case management conference statement shall be filed no later than November 29, 2005.

**IT IS SO ORDERED.**

Dated: September 6, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge