KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER **(California State Bar No. 95024)**
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-6888

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) **NO.  C-04-03177-EDL** |
| **v.** | ) |
| **BRUCE K.T. LEUNG,** | ) **STIPULATION RE SETTLEMENT** |
| **EVERHOME MORTGAGE, and** | ) **AND ORDER OF DISMISSAL** |
| **STATE OF CALIFORNIA,** | ) |
| **FRANCHISE TAX BOARD.** | ) |
| **Defendants.** | ) |

IT IS HEREBY AGREED AND STIPULATED by and between plaintiff United States

of America and defendants Bruce K.T. Leung, Everhome Mortgage and California State

Franchise Tax Board, by and through their undersigned attorneys, as follows:

      1.      This action was brought by the United States to reduce to judgment outstanding

federal income tax assessments against defendant Bruce K.T. Leung for the tax years 1988,

1989, 1990, 1991 and 1992, and to foreclose federal tax liens related to said income tax

assessments against the real property located at 58 Longview Drive, Daly City, California, which

is owned by defendant Bruce K.T. Leung.

      2.      Defendant Everhome Mortgage was joined as a party pursuant to 26 U.S.C. §

7403(b) because it claims an interest in the real property by virtue of a deed of trust with a

current balance due of approximately $111,000.00 recorded June 21, 1988.

3. Defendant State of California, Franchise Tax Board was joined as a party pursuant to 26 U.S.C. § 7403(b) because it claims an interest in the real property by virtue of its state statutory tax lien in the amount of $6,540.00 dated April 15, 1994.

4. Plaintiff United States of America and defendant Bruce K.T. Leung hereby agree and stipulate that:

    (a) the correct federal income tax liability for defendant Bruce K.T. Leung for his 1988 tax year is $1,171.00, plus interest and additions to tax in accordance with the law;

    (b) the correct federal income tax liability for defendant Bruce K.T. Leung for his 1989 tax year is $3,588.00, plus interest and additions to tax in accordance with the law;

    (c) the correct federal income tax liability for defendant Bruce K.T. Leung for his 1990 tax year is $2,968.00, plus interest and additions to tax in accordance with the law;

    (d) the correct federal income tax liability for defendant Bruce K.T. Leung for his 1991 tax year is $7,145.00, plus interest and additions to tax in accordance with the law; and

    (a) the correct federal income tax liability for defendant Bruce K.T. Leung for his 1992 tax year is $7,633.00, plus interest and additions to tax in accordance with the law.

5. Because plaintiff United States of America has collected a sum of money sufficient to fully pay the federal income tax liabilities, plus interest and additions to tax in accordance with the law, of defendant Bruce K.T. Leung for the tax years 1988, 1989, 1990, 1991 and 1992, as set forth in paragraph 4 above, plaintiff United States of America will not pursue its foreclosure claim.

///

///

///

STIP. RE SETTLEMENT AND
ORDER OF DISMISSAL (C-04-03177 EDL)

2

6.     Plaintiff United States of America and defendants Bruce K.T. Leung, Everhome Mortgage and California State Franchise Tax Board hereby agree and stipulate that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

KEVIN V. RYAN
United States Attorney

Dated: 12/1/05

DAVID L. DENIER
Assistant United States Attorney
Tax Division

Dated: _____

BRUCE K.T. LEUNG
In Pro Per

Dated: _____

ROBIN PREMA WRIGHT
Attorney for Everhome Mortgage

BILL LOCKYER
Attorney General of the State of California

Dated: _____

PAUL D. GIFFORD
Deputy Attorney General
Attorneys for State of California
Franchise Tax Board

O R D E R

Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this _____ day of _____, 2005, at San Francisco, California.

UNITED STATES MAGISTRATE JUDGE

STIP. RE SETTLEMENT AND
ORDER OF DISMISSAL (C-04-03177 EDL)

3

6.    Plaintiff United States of America and defendants Bruce K.T. Leung, Everhome Mortgage and California State Franchise Tax Board hereby agree and stipulate that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

KEVIN V. RYAN
United States Attorney

Dated: _____

_____
DAVID L. DENIER
Assistant United States Attorney
Tax Division

Dated: _11/30/2005__

_____
BRUCE K.T. LEUNG
In Pro Per

Dated: _____

_____
ROBIN PREMA WRIGHT
Attorney for Everhome Mortgage

BILL LOCKYER
Attorney General of the State of California

Dated: _____

_____
PAUL D. GIFFORD
Deputy Attorney General
Attorneys for State of California
Franchise Tax Board

## ORDER

Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this _____ day of _____, 2005, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

STIP. RE SETTLEMENT AND
ORDER OF DISMISSAL (C-04-03177 EDL)

3.

1      6.    Plaintiff United States of America and defendants Bruce K.T. Leung, Everhome

2 Mortgage and California State Franchise Tax Board hereby agree and stipulate that this action be

3 dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4                                           KEVIN V. RYAN
                                          United States Attorney

5

6 Dated: _____

7                                          DAVID L. DENIER
                                        Assistant United States Attorney

8                                          Tax Division

9

10 Dated: _____

11                                        BRUCE K.T. LEUNG
                                        In Pro Per

12

13 Dated: 11/28/05

14                                        ROBIN PREMA WRIGHT
                                        Attorney for Everhome Mortgage

15

16                                        BILL LOCKYER
                                        Attorney General of the State of California

17

18 Dated: _____

19                                        PAUL D. GIFFORD
                                      Deputy Attorney General

20                                        Attorneys for State of California
                                      Franchise Tax Board

21

22                              O R D E R

23      Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil

Procedure, this action is hereby dismissed.

24      ORDERED this _____ day of _____, 2005, at San Francisco, California.

25

26

27

28                                        UNITED STATES MAGISTRATE JUDGE

STIP RE SETTLEMENT AND
ORDER OF DISMISSAL (C-04-03177 EDL)
                                    3

6.    Plaintiff United States of America and defendants Bruce K.T. Leung, Everhome Mortgage and California State Franchise Tax Board hereby agree and stipulate that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

KEVIN V. RYAN
United States Attorney

Dated: _____

_____
DAVID L. DENIER
Assistant United States Attorney
Tax Division

Dated: _____

_____
BRUCE K.T. LEUNG
In Pro Per

Dated: _____

_____
ROBIN PREMA WRIGHT
Attorney for Everhome Mortgage

BILL LOCKYER
Attorney General of the State of California

Dated: 12-1-05

_____
PAUL D. GIFFORD
Deputy Attorney General
Attorneys for State of California
Franchise Tax Board

O R D E R

Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this 2 day of December, 2005, at San Francisco, California.

UNITED STA[TES]                    [JUDGE]

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. RE SETTLEMENT AND
ORDER OF DISMISSAL (C-04-03177 EDL)

3